## Brittingham *v.* Yellow Cab Company of Philadelphia, Appellant.

*Bernard J. Smolens,* with him *C. Gary Wynkoop,* and *Schnader, Harrison, Segal & Lewis,* for appellant.

*Arthur W. Hankin,* with him *Meyer, Lasch, Hankin & Poul,* for appellee.

OPINION BY SPAETH, J., June 14, 1973:

In accordance with our opinion in *Dickerson v. Hudson*, 223 Pa. Superior Ct. 415, 302 A. 2d 444 (1973), the order of the court below is reversed, the appeal from the award of the arbitrators reinstated, and the case remanded for trial de novo.